Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARGHOLZ, DAVID LEONARD | § | Case No. 12-11374-PHX SSC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $             , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Maureen Gaughan_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No:    12-11374-PHX   SSC  Judge: SARAH SHARER CURLEY

Case Name:   BARGHOLZ, DAVID LEONARD

For Period Ending: 12/11/13

Trustee Name:    Maureen Gaughan

Date Filed (f) or Converted (c):  05/22/12 (f)

341(a) Meeting Date:   06/28/12

Claims Bar Date:   10/15/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY AT 805 SOUTH SYCAMORE STREET, UNIT # | 104,200.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL SAVINGS ACCOUNT #9822 Location: WELLS FAR | 1.00 | 1.00 | | 0.00 | FA |
| 3. PERSONAL CHECKING ACCOUNT Location: CHASE | 150.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL CHECKING ACCOUNT (MINOR CUSTODIAL ACCOUNT | 10.00 | 10.00 | | 0.00 | FA |
| 5. 1 BED $100.00, 1 NIGHT STAND $25.00 Location: 7777 | 125.00 | 0.00 | | 0.00 | FA |
| 6. RANDOM BOOKS, CD'S AND/OR DVD'S Location: 7777 EAS | 5.00 | 5.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING Location: 7777 EAST MAIN STREET, | 150.00 | 0.00 | | 0.00 | FA |
| 8. 1 WATCH Location: 7777 EAST MAIN STREET, APT. # 16 | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1 HK 9MM GUN Location: 7777 EAST MAIN STREET, APT. | 100.00 | 0.00 | | 0.00 | FA |
| 10. 2005 INFINITY G35 W/88K MILES IN FAIR CONDITION Lo | 8,325.00 | 3,325.00 | | 6,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $113,166.00    $3,341.00    $6,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/28/15    Current Projected Date of Final Report (TFR): 06/28/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-11374-PHX -SSC |
| Case Name: | BARGHOLZ, DAVID LEONARD |
| Taxpayer ID No: | *******6918 |
| For Period Ending: | 12/11/13 |

| | |
|---|---|
| Trustee Name: | Maureen Gaughan |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******1636  Checking Account |
| Blanket Bond (per case limit): | $ 72,661,955.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/05/12 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 1,500.00 | | 1,500.00 |
| 09/30/12 | 001001 | DONNA WYATT | Trustee Sale | 2990-000 | | 30.00 | 1,470.00 |
| | | PO BOX 39576 | | | | | |
| | | PHOENIX, ARIZONA 85069 | | | | | |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.38 | 1,468.62 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.69 | 1,466.93 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.62 | 1,465.31 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.68 | 1,463.63 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.68 | 1,461.95 |
| 03/13/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 500.00 | | 1,961.95 |
| 03/13/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 500.00 | | 2,461.95 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.96 | 2,459.99 |
| 04/05/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 500.00 | | 2,959.99 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 3.03 | 2,956.96 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 2,946.96 |
| 05/24/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 2,000.00 | | 4,946.96 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,936.96 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,926.96 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,916.96 |
| 08/21/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 500.00 | | 5,416.96 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,406.96 |
| 09/25/13 | 10 | DAVID LEONARD BARGHOLZ | Trustee Sale | 1129-000 | 500.00 | | 5,906.96 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,896.96 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,886.96 |

| | | |
|---|---|---|
| Page Subtotals | 6,000.00 | 113.04 |

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 4)          Case 2:12-bk-11374-SSC    Doc 26    Filed 01/10/14    Entered 01/10/14 09:37:48    Desc
Main Document    Page 4 of 8

Ver: 17.04b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          12-11374-PHX -SSC                        Trustee Name:                    Maureen Gaughan
Case Name:     BARGHOLZ, DAVID LEONARD                    Bank Name:                       Bank of Kansas City
                                                          Account Number / CD #:           *******1636  Checking Account
Taxpayer ID No:  *******6918
For Period Ending:  12/11/13                              Blanket Bond (per case limit):   $ 72,661,955.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 113.04 | 5,886.96 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 113.04 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 113.04 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1636 | 6,000.00 | 113.04 | 5,886.96 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 113.04 | 5,886.96 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)
Case 2:12-bk-11374-SSC   Doc 26   Filed 01/10/14   Entered 01/10/14 09:37:48   Desc
Main Document      Page 5 of 8
Ver: 17.04b

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11374-PHX SSC
Case Name: BARGHOLZ, DAVID LEONARD
Trustee Name: Maureen Gaughan

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Maureen Gaughan | $ | $ | $ |
| Trustee Expenses: Maureen Gaughan | $ | $ | $ |
| Other: DONNA WYATT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | American Express Centurion Bank | $ | $ | $ |
| 000004 | American Express Travel Related Services | $ | $ | $ |
| 000005 | Capital One, N.A. | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE